Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED
OCT 26 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Latisha Davis

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Tyson Foods, Inc.
Tyson Fresh Meats
Doctors Of Physical Therapy

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Latisha Davis |
   | Street Address | 2807 E 35th Street |
   | City and County | Davenport, Scott |
   | State and Zip Code | Iowa, 52807 |
   | Telephone Number | 563-940-0053 |
   | E-mail Address | PLATINUM3150@GMAIL.COM |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Tyson Foods Inc
- Job or Title (if known):
- Street Address: 2200 West Don Tyson Parkway
- City and County: Springdale, Washington
- State and Zip Code: Arkansas, 72762
- Telephone Number: 479-290-4000
- E-mail Address (if known):

Defendant No. 2
- Name: Tyson Fresh Meats
- Job or Title (if known):
- Street Address: 28424 38th Avenue North
- City and County: Hillsdale, Rock Island
- State and Zip Code: Illinois, 61257
- Telephone Number: 309-658-2291
- E-mail Address (if known):

Defendant No. 3
- Name: Doctors of Physical Therapy
- Job or Title (if known):
- Street Address: 504 North Route 59, Suite 124
- City and County: Naperville
- State and Zip Code: Illinois, 60563
- Telephone Number: 800-974-4378
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question      [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Latisha Davis , is a citizen of the State of *(name)* Iowa .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

    b.    If the defendant is a corporation

The defendant, *(name)* Tyson foods, Tyson Fresh Meats, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* Arkansas.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Please see attached complaints. There are multiple complaints with totals that will exceed $75000 in controversy.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

please see attached documents and I have also provided the documents from what I submitted with my EEOC filing for case #440-2021-06545

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am requesting maximum scheduled amount for the following: discrimination, harassment, retaliation, with punitive damages as well due to the ongoing and pervasive nature of the incidents.

I also have a intellectual property claim and I wish to retain all legal rights to my programs "industrial athlete program" and I got your back" program. I shared these programs with tyson foods for greater than 5 years I issued a cease and desist upon my termination and wish to uphold that they are no longer to utilize my programs within any of their companies or subsidiaries.

whistleblower retaliation I was a whistleblower as well with regard to theft and wish to receive settlement I am owed due to these findings as well. I was a whistleblower for medical claims as well and was met with retaliation related to this amd would like to be compensated for this.

I was held from promotion, and had my name tarnished which has left me currently unemployed and I have since that time lost my home as a result of the overwhelming and pervasive nature of the abuses this company has waged against me.

### V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/26/2023

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Latisha Davis

#### B.    For Attorneys

Date of signing: 

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

III. Statement of claim

1. Retaliation-I filed an incident report in late 2014 by calling the company hotline as patient Michael Thorson reported that he had fallen inside the plant and that he had reported concerns with back pain multiple times but we had declined to care for him. Both myself and Larry Wilson the harvest general foreman advised that he had never reported to us and he states that he "went over our heads" and reported to safety manager Randy Kundert. Randy then advised him that he had a lot of injuries in his department and that he could find his job in jeopardy if he reports an injury. Mr Thorson advised me of his complaint and I ascertained that this was likely a non-occupational issue, however he had fallen in the plant on that day and Randy Kundert had laughed at him for falling. I reported this incident to the hotline because it is illegal to deny patients medical care. Mr Thorson called me and advised me that Randy Kundert and Charles Sheddan took him to lunch and if he "stuck with my story" Randy would be fired and he didn't want another man to lose his livelihood. So he would not be "reporting my story". I was interviewed by Crystal Dyer, who informed me that they would be interviewing Mr Thorson the following day, however she was asking me questions about "his statement". I reported this to the hotline as well as they indicated to report any concerns with the investigative process. Both Charles Sheddan and Randy Kundert were suspended. And due to this the began harassing me in retaliation "stating I was the worst nurse in the department, and they can't wait until they get me fired". All of these statements were witnessed however those witnesses advised me that they would adamantly deny that these statements were made and would say I was making false statements. Randy Kundert also bad mouthed me to senior leadership. And they went after Larry Wilson as well as he was a known pot smoker so they had one of the employees accuse him of smoking in the parking lot and he failed his drug test, because he declined to submit to

the drug test. Because he knew they were going after him. Prior to this he was on the leadership track.

I also reported on an incident of doctor shopping/ethics violation brought by our in house physician. I had newly been assigned the role of nurse case manager and the nurse manager/claims adjuster assigned a couple patients to see the doctor. I raised concerns about both of these cases prior to them going in for their appointments. Aldo Moreno had been to the doctor in July and received medical care but the nurse manager and claims adjuster wanted causation addressed, so that they could deny the case. However it was outside the reporting window anyway and should already have been reported to OSHA. I expressed concern regarding this and was advised that I had to do as the nurse manager and claims adjuster wished. Jerry Pulliam was also being treated and the doctor requested that the patient be referred to a second opinion per the patients' request. The nurse manager and claims adjuster did not follow MD instructions and I complained about this as well. Harassment in the plant increased after this incident. In January 2021 I reported that there was an issue with a response to a head injury as an ambulance was not called for a patient who had suffered a head injury and loss of consciousness. I advised the plant manager that we should review our response to this incident as we were incredibly lucky that this patient did not suffer worse consequences due to our poor response. I showed her the handbook where our company guidelines indicate that this patient should have immediately been transported to a hospital. He should not have been held at the plant with non-medical personnel and kept at the plant for hours awaiting a nurse response and drug test. Plant Manager Barbara Salter became irate and called my bosses Mitchell Reyhons and Mary Fletcher who agreed with me. There was a parking pylon in my parking space barring my parking space the following work day.

2

2. Harassment/Discrimination- I started programs for ergonomics post the incident with Mr Thorson in 2015, in an effort to reduce employee complaints of injury and illness in an ethical manner. We started a pilot program in the ergonomics department. This program was very successful and boasted a 90% reduction in hand injuries alone and 54% reduction in overall injury and illness. Corporate leadership from the beef division came to hear my pitch for expanding my programs. However prior to even starting Shane the VP at that time and Chris Rupp were both incredibly adamant that they did not wish to hear about anything except for the trigger finger protocol as this would be all that they would authorize. They also indicated that they did not want me to lead the project as I wasn't suited to do so because I didn't have the education (I have an associates degree). And the comment was made that my slide presentation was amateurish and at a lower educational level. I explained that the nurse manager Amy Kramer who is a nurse educator by trade advised me to do it that way so that a larger percentage of the patient population can read and understand what was being presented. I was instructed to share my information with Julie DeBacker because she had the educational level appropriate to create a proper presentation and that they wanted her to present this information. I raised concerns as Julie is from an outside company Doctors Of Physical Therapy. Approximately a year later one of my fears was realized as Julie advised that their company had been marketing and selling my programs and Aaron had to hire additional staff due to the demand. I advised the leadership at Tyson informing both David Hayes Ergonomic Manager and Kimberly Pedersen Nurse manager of my concerns and desire to have DPT(doctors of physical therapy) cease and desist utilizing my programs. Julie advised me that it wasn't up to me as the company consented to them utilizing my programs. The programs success continued netting the plant most improved in safety numbers. Amy Kramer was harassed and forced to quit. She and I had a good relationship but Tracy Sharp manipulated data to make it look like I was

3

causing reporting errors and caused a rift between Amy and I as they had tried to manipulate data to cause Amy to be fired while she was away at a conference and I called to notify her. I was removed from the ergonomics committee and advised that I could no longer do the educational programs I was doing in house I believe this was late 2016 to early 2017. Occasionally Dave Hayes ergonomics manager and Brian Bloomfield superintendent would come ask me for advice on improvements or any recommendations. I didn't really have much to say but I did tell them in early 2020 that I had a lot of recommendations however I would not be giving any from the nursing department as I had been trying to apply for different jobs within the nursing division with no luck and in other departments unsuccessfully. I had also been applying to work at other companies without success as well. Even when others left and they came to recruit, they never responded when I inquired. Todd Reed the plant manager when I started did ask about me and I did apply to the company he worked at JBS but he just asked if I still worked at Tyson and inquired no further. In July 2020 I was promoted to case manager, however from the day I accepted the job I was harassed. The nurse manager was upset that I was "promoted over her" despite this being a lateral move for her. She made the comment that I would "no longer be able to scream and yell at patients" and an upset patient had come in and I talked with her and sent her to HR and she again stated that she was "surprised that I did not go all ghetto on her". I answered her by stating that she didn't have any black nurses who "went ghetto" by screaming and yelling at patients however she did employ 3 white nurses who did just that and I frequently stayed over to help with shift change due to these nurses and their attitudes towards patients. She also made the comment "go with your human nature" and scream and yell at an external client as well. She as a matter of fact had taken to screaming and yelling at me whenever she spoke to me and HR and the plant leadership had to be addressed multiple times to mitigate this behavior. Also when I received this job Michael Hancock the

operations manager took my office. So I had to find a place to work and create a new office space. When they provided the desk for this office they gave me a desk that had been possibly rolled in the yards as it was covered in dirt and smelled of fecal material. I complained to HR and my boss Mitchell Reyhons nothing was done. I was made to feel unwelcome in the plant there were dirty looks/comments made to patients who dared to speak to me. Denise simpson's job was threatened in March 2021 after going bowling with me for my birthday, she was subsequently fired in July 2021, and her husband who had quit and was due to return was not hired. Dan Bisby a maintenance supervisor asked me if I was lonely enough yet as he notified me of her termination and that her husband wasn't coming.

In March I filed an additional complaint as I had just been tired of the abuse and little had beem done about my ongoing complaints. This one was finally investigated, because I mentioned that someone threatened Denise Simpson's job...she is a white woman, the investigation took approx. 2-3 months, however was conducted by Amy Myrtue who is a racist in my opinion and I made an objection to her being my investigator. Then she came to speak with me and advised me that she wasn't going to find anything before the investigation formally began. I again requested a different investigator with no response to my inquiry. They did say that they could get me a new desk at the end of this investigation, at this point I had been using the other one for over 6 months. But I am not sure of any additional actions at that time. (Diciplinary actions)

5

In 2018 Ivory McMeans a co-worker of mine who typically worked as the physical nurse was job changed to work down in health services. From my understanding it was discovered that she had been sleeping with job applicants and passing people on their physicals whether they passed or not because she was sleeping with them. From my understanding Ivory is bipolar and takes medication for this condition and may have been off her medication during this time period. I cannot say for sure as I do not have privy to her medical records. Some time after Ivory made the switch to health services a woman whom she had befriended came into health services making inflammatory statements regarding Ivory. She stated that Ivory was crazy, that she caused her son to be brain damaged and had a felony due to this. And was demanding to know why Ivory was allowed to work in the health services department. I advised her that she cannot come in health services and make these kind of allegations....true or not. She continued to loudly make these assertions. Ivory had told me on multiple occasions that she had never been to jail and this woman was stating that ivory had a mental health crisis in the rock island county jail. So I went to the public website for court and looked Ivory up. And I didn't pull up any records for her at all (I typed her name in incorrectly) but I showed the woman that there was no record of any incident and that she would need to leave health services. This is a place of employment and if she has a true concern the appropriate venue is in the human resources department and advised her to address her concerns there. She then requested to speak with me privately and indicated that she had been dating this gentleman and they had recently broken up. When she had her physical, she and Ivory hit it off, and became fast friends. She told me that she had discovered the reason for this. Ivory had been sleeping with her now ex-boyfriend and during her physical she broached the subject that he had discussed getting back together. And Ivory suggested that it was best not to mix business with pleasure as it can be difficult to have relationships within the plant. In explaining this story I could see that she was becoming increasingly upset and stated that "she doesn't know Ivory from a can of paint". I expressed concern for her and ushered her to HR. I immediately went to Ivory and advised her of what had transpired. Ivory



indicated that she was going to "confront" this woman and I advised her against this. Because it was clear to me that this woman was looking for a fight. Ivory then called the nurses into a back room and advised me that all of the allegations were true. That she had a class X felony because she pleaded guilty to shaking her son and that he had struck his head on the headboard. Ivory then started asking me why I told this woman about this. And I advised her that I just found out because you told me. The following day Ivory was very upset with me for going on Judici in the first place and indicated that she was going to have me fired for violating her privacy. I advised her that this is a public website and the only reason it would be there is because it is a matter of public record. Also I didn't see any records when I looked it up. Ivory's complaint against me was investigated and I spoke with my nurse manager Nichole Minch and the HR manager Amy Myrtue. I did ask Amy if she could in fact work here with that on her record as I knew CNA's with simple assault charges who couldn't obtain licensure. Amy told me that it was not my business and I advised her that I was aware but that I was surprised that she could obtain licensure in order to practice. I said maybe it is because this is a place of employment and we don't care for dependent adults or children here. Ivory remained upset with me for a significant amount of time which I was okay with because since she had arrived in the health services department she had kept up a lot of drama. She wasn't speaking to me when I went to B shift, I went to help because we were short staffed I stayed on B shift for nearly 6 months then went on maternity leave for an additional 2 months. I came back to A shift in September and discovered that no one was speaking to me. I had just had a baby and was taking care of my son who has special needs secondary to stroke at birth. So I wasn't concerned and it kept me out of the office drama that Ivory was stirring up. Ivory had decided that we needed to mend fences and apologize to one another around the time that the case manager job became available. I agreed to a truce, but declined a friendship. I had been trying to be her friend since I started working there and I discovered that she had an issue with me because her baby's father was my cousin by marriage. I don't really know him very well at all. And I felt it was best to be great colleagues. I was

promoted over her and Nichole Minch in July 2020 and she was very upset. She congratulated me by wishing me the same fate as many of the other black people who are promoted at the plant. They end up stepping down. I spoke with many of those supervisors and they stated that they stepped down due to bullying and harassment.

2020 was also the year of the presidential election and many off hand political comments were made to me by leadership. Questions regarding whether I was a democrat or not, whether I would support President Trump, comments about president Trump, were tempered hostility and aggression. I had previously spoke about politics with people freely as I feel like I facilitated a safe space to discuss views with my patients within health services, we typically stuck to topics such as local politics education etc but there was safety to disagree with one another, however I quickly realized that this had changed significantly and this was no longer a safe practice.

I was ostracized by the majority of the leadership team from the start, no one welcomed me or congratulated me, I was promoted at the same time as Nory Mendoza and Kimberly Crane, and they both were welcomed into the leadership group. It was uncomfortable for those who didn't have any particular issues with me, because they had a difficult time in communicating with me as they would also be subject to abuse. And I technically worked for corporate so I did not have a direct report within the plant and everyone else did and these people did threaten peoples jobs and made good on this at least once. I had a "dotted line" report to the plant manager Barbara Salter. There were frequent complaints about my job performance despite my productivity numbers and reports of patient satisfaction.

In January 2021 Due to the issues I had had regarding Aldo Moreno and Jerry Pulliam and many other issues my claims adjuster quit. April Oneal tendered her resignation and left in November. The first

8

month that she had not completed the payments for workers compensation in advance for the new adjuster Tiffany Bross, was January and I noted a huge discrepancy right off the bat and I questioned these discrepancies multiple times, from January 2021. The woman who sent us the reports did investigate and she stated that the numbers were accurate. They did seem to be inflated to me. I expressed concern that the previous adjuster may have been doing something with the numbers and or someone may have been stealing money previously.

In May one of the DEKKRA leaders who had been a previous harvest superintendent Scott Kensinger came to see how I was doing as I had requested to go to his trainings but had not been allowed to go. He saw me coming into the plant and noted that I was not parking in the assigned parking and he ensured that I was issued a new parking space. I started parking there in June. Scott came by for a visit again because he actually travels for work and lives close to our plant so scheduled to be at our plant for the week of the 4th of July. He came to check in with me to see how I was doing and asked me if I had ever had poop splatter on my vehicle from parking in my new space. I hadn't and I said so to him. I went out that evening and noted that there was in fact cow manure splattered on the back of my vehicle. I went to the car wash that evening. The following day there was again cow manure splattered on the back of my vehicle and on top of the vehicle, however this time my sunroof was cracked.

10

In August 2021, I cannot recall exact date I believe 16th though. A patient was noted to be sitting outside the health services department for an extended period of time. I had walked by him a few times but it was the end of my work day and health services did not appear to be busy so I asked him if he was being helped and why he was waiting outside still. He stated to me that he was waiting for Tisha. I advised that I am Tisha and asked what he needed assistance with as I no longer worked in the health services department. I explained that I was the case manager and the patient population that I see. Mr Darious Mangrum introduced himself to me as we had not been acquainted, and advised that he was there to deliver med notes from the physician. Mr Mangrum also advised that he wished to go home for the day however, as he planned to return to see the physician, because he still did not feel well. I advised that this is typically pretty straight forward in health services as we see this all the time. He stated that he has been having difficulty in dealing with health services and was advised to report to see me, because I would help him. I advised Mr Mangrum that they will be able to help him with this as I had previously stated that this was a pretty straightforward process. Mr Mangrum was insistent that I assist him with this personally. I advised him that I cannot provide care for health services patients but that I would escort him into health services and explain his wishes. I entered health services and spoke with Charles one of our newer nurses, on duty. I explained to Charles that Mr Mangrum had med notes to turn in, and wished to return home for the day as he planned to seek further medical attention. I advised that he had attempted to call in but was advised that he needed to get his med notes turned in because he had points accumulating due to all of his lost time and would be eligible for termination. Charles verbalized that he understood and reassured Mr Mangrum that he would be happy to assist him. I said good bye to both Charles and Mr Mangrum and exited health services as it was 530pm and the end of my workday. The following day, upon arrival to work I was asked if I had received the news that we had a death in the facility. I stated that was the first that I had heard of the incident, and asked what had happened. I was advised that a 34 year old gentleman Darious Mangrum had passed away. I asked

\\

about the cause, as he was so young. Kris gave a meandering story, weaving stories regarding other incidents and I largely walked away a bit confused. Kris advised me that I would need to speak with Nichole as she responded to the incident and personally call the ambulance. I did receive a notification on my office phone at 2:08 am that an ambulance was called from the security personnel within the building. From my understanding that security company was fired as a result of this incident with the indication that they had NOT in fact called an ambulance. After this I didn't hear a single thing regarding this incident for months. A couple months later as I was preparing to leave for a work conference I overheard Amy Toppert expressing a desire to provide a statement for an incident to Amy Myrtue. Amy Toppert and I had a good relationship and she explained to me why she was so adamant about providing this statement to Amy Myrtue. Apparently after I exited health services Charles changed his tune and had declined to treat Mr Mangrum. Amy advised that Mr Mangrum had reported back to Health services several times requesting additional care, including one time with the smell of vomit on his breath. Amy stated that she asked him why he wouldn't be sending this gentleman home and Charles stated to her that "I'm not going to let that black bitch tell me what to do". Charles was a fairly new nurse at Tyson and we had not directly worked together. I did speak to him routinely as I did come to health services to send faxes and use the radio to request patients to report to my office. There really was no reason for Charles to have a negative feeling about me as we had few interactions and none that were negative. I can only presume his negative attitude about me was due to the incredibly negative and pervasive attitude about me within the plant. I feel that this speaks to the culture created within the plant and the fact that nothing was done to about all of the abuses I was suffering. Charles also had a separation date pending as he had declined to receive the mandatory covid vaccination. I believe that he was an ardent Trump supporter, and may have had strong beliefs regarding the insurrectionists as well. I reported to Suzanne Reynolds in HR who was actually investigating me for another matter. My ex husband had shared emails I had printed out and taken home that outlined many of the complaints that I had made



since starting as case manager. My ex-husband shared those complaints to, from my understanding Barbara Salter, Amy Myrtue and Nichole Minch. He had initially been sharing complaints with Barbara Salter, who contacted me requesting that he stop sharing with her. As he was calling her office phone rather frequently. I was being investigated for this as someone provided a statement that I had allowed my ex-husband access to my laptop, and was therefore violating the privacy of our patients. I did not in fact do this as I had stopped taking my laptop home. There was too much spyware on it. My laptop did not work well outside my office. Suzanne advised me that she would definitely look into this matter as it was a serious allegation. I didn't hear anything for a few weeks, however on December 8th 2021 I noticed that I was invited to a beef conference call, which I had not previously been invited to as I do not technically work for the beef leadership, though I was stationed in a beef plant. During this call beef president Shane Larson is seemingly directly answering an email I sent to Ms Suzanne Reynolds. I had made a list of senior level executives I felt were targeting me and Shane singled out one of them Steve Stoffer as not being a part of said conspiracy. He then went on to speak about a death at another plant and how those responses are handled and stated that no one was coming to help me.